UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MATTHEW RONEN,  :
 :  Civil Case No.: 21-cv-03323 (ALC)
                Plaintiff,  :
 :  **NOTICE OF VOLUNTARY**
  v.  :  **DISMISSAL**
 :
REDROUTE, INC. and BRIAN SCHIFF, in his  :
individual and professional capacities,  :
 :
                Defendant.  :
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew Ronen, through his undersigned counsel, hereby dismisses all Causes of Action in the Complaint (Dkt. No. 1) in the above-captioned action and the pertinent claims under the New York State Human Rights Law, N.Y. Executive Law §§ 290 *et seq*. ("NYSHRL"), and the New York City Human Rights Law, N.Y. City Administrative Code §§ 8-101 *et seq*. ("NYCHRL") without prejudice, with each party bearing its own fees and costs.

Dated:  May 14, 2021
         New York, New York                       Respectfully submitted,

                                                        **WIGDOR LLP**

                                                        By: _____
                                                              Michael J. Willemin
                                                               Renan F. Varghese

                                                        85 Fifth Avenue
                                                       New York, NY 10003
                                                       Telephone: (212) 257-6800
                                                       mwillemin@wigdorlaw.com
                                                       rvarghese@wigdorlaw.com

                                                       *Attorneys for Plaintiff*